

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00027-CV

| | |
|---|---|
| NORTEX MINERALS, L.P. AND PETRUS INVESTMENT, L.P., Appellants | § On Appeal from the 348th District Court |
| | § of Tarrant County (348-325747-21) |
| V. | |
| BLACKBEARD OPERATING, LLC; BLUESTONE NATURAL RESOURCES II, LLC; AND DIVERSIFIED PRODUCTION, LLC, Appellees | § November 9, 2023 |
| | § Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Nortex Minerals, L.P. and Petrus Investment, L.P. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel